FILED

AUG 1 4 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-43-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DAVID ABRAHAM LORENZ, | |
| Defendant. | |

For the reasons stated on the record, DAVID ABRAHAM LORENZ is hereby released from the custody of the U.S. Marshals Service.

DATED this _14th_ day of August, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1