IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DAVID ABRAHAM LORENZ, Defendant. | CR 14-43-BLG-SPW  **ORDER** |

Defendant appeared before the Court on December 23, 2019, for a detention hearing. For reasons discussed on the record, Defendant shall be released pending the hearing on final revocation of supervised release under the terms and conditions of his Supervised Release. In addition, IT IS ORDERED that Defendant shall remain in his mother's custody while she is in Billings, Montana, and then shall return to Glendive, Montana with her and reside at her home until the final revocation hearing.

DATED this 23rd day of December, 2019.

TIMOTHY J. CAVAN
United States Magistrate Judge